IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAQUIN BANALES, | ) | |
| Petitioner, | ) | No. C 05-4652 CRB (PR) |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| DON HORSLEY, Sheriff, | ) | |
| | ) | |
| Respondent. | ) | |
| ———————————————— | ) | |

Joaquin Banales is a pretrial detainee at the San Mateo County Jail facing state criminal drug charges.  He is also an alien subject to an INS hold or detainer on his release from state custody.

Banales has filed a petition for a writ of habeas corpus seeking to have the INS set bail and permit him to stay in the United States pending any deportation proceedings.

The petition is construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and is DISMISSED without prejudice because it is premature.  See Garcia v. Taylor, 40 F.3d 299, 303 (9th Cir. 1994) (hold or detainer letter alone does not sufficiently place an alien in INS custody to make habeas corpus available).

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  November 23, 2005

CHARLES R. BREYER
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAQUIN BANALES, | ) | |
| Petitioner, | ) | No. C 05-4652 CRB (PR) |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| DON HORSLEY, Sheriff, | ) | |
| | ) | |
| Respondent. | ) | |
| ——————————————— | ) | |

Joaquin Banales is a pretrial detainee at the San Mateo County Jail facing state criminal drug charges. He is also an alien subject to an INS hold or detainer on his release from state custody.

Banales has filed a petition for a writ of habeas corpus seeking to have the INS set bail and permit him to stay in the United States pending any deportation proceedings.

The petition is construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and is DISMISSED without prejudice because it is premature. See Garcia v. Taylor, 40 F.3d 299, 303 (9th Cir. 1994) (hold or detainer letter alone does not sufficiently place an alien in INS custody to make habeas corpus available).

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  November 23, 2005

CHARLES R. BREYER
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAQUIN BANALES, | ) | |
| Petitioner, | ) | No. C 05-4652 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| DON HORSLEY, Sheriff, | ) | |
| Respondent. | ) | |

Joaquin Banales is a pretrial detainee at the San Mateo County Jail facing state criminal drug charges.  He is also an alien subject to an INS hold or detainer on his release from state custody.

Banales has filed a petition for a writ of habeas corpus seeking to have the INS set bail and permit him to stay in the United States pending any deportation proceedings.

The petition is construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and is DISMISSED without prejudice because it is premature.  See Garcia v. Taylor, 40 F.3d 299, 303 (9th Cir. 1994) (hold or detainer letter alone does not sufficiently place an alien in INS custody to make habeas corpus available).

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  November 23, 2005

CHARLES R. BREYER
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOAQUIN BANALES,                              )
                                              )
                     Petitioner,              )          No. C 05-4652 CRB (PR)
                                              )
          vs.                                 )          ORDER OF DISMISSAL
                                              )
DON HORSLEY, Sheriff,                         )
                                              )
                     Respondent.              )
——————————————————————                        )

     Joaquin Banales is a pretrial detainee at the San Mateo County Jail facing state criminal drug charges.  He is also an alien subject to an INS hold or detainer on his release from state custody.

     Banales has filed a petition for a writ of habeas corpus seeking to have the INS set bail and permit him to stay in the United States pending any deportation proceedings.

     The petition is construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and is DISMISSED without prejudice because it is premature.  See Garcia v. Taylor, 40 F.3d 299, 303 (9th Cir. 1994) (hold or detainer letter alone does not sufficiently place an alien in INS custody to make habeas corpus available).

     The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  November 23, 2005

CHARLES R. BREYER
United States District Judge

1

2

3

4

5

6
                        IN THE UNITED STATES DISTRICT COURT

                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8       JOAQUIN BANALES,                     )

                    Petitioner,              )          No. C 05-4652 CRB (PR)
9                                            )
        vs.                                  )          ORDER OF DISMISSAL
10                                           )
        DON HORSLEY, Sheriff,                )
11                                           )
                    Respondent.              )
12      _____   )

13

14              Joaquin Banales is a pretrial detainee at the San Mateo County Jail facing

15      state criminal drug charges.  He is also an alien subject to an INS hold or detainer

16      on his release from state custody.

17              Banales has filed a petition for a writ of habeas corpus seeking to have the

18      INS set bail and permit him to stay in the United States pending any deportation

19      proceedings.

20              The petition is construed as a petition for a writ of habeas corpus under 28

21      U.S.C. § 2241 and is DISMISSED without prejudice because it is premature.  See

22      Garcia v. Taylor, 40 F.3d 299, 303 (9th Cir. 1994) (hold or detainer letter alone

23      does not sufficiently place an alien in INS custody to make habeas corpus

24      available).

25              The clerk shall close the file and terminate all pending motions as moot.

26      SO ORDERED.

27      DATED:  November 23, 2005

                                                        CHARLES R. BREYER
28                                                      United States District Judge